June 22, 2011

Hon. Sandra J. Feuerstein,
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:     Cascone v.  County of Suffolk, et al.
        Docket No. CV 09-2933 (SJF)(ETB)

Dear Judge Feuerstein:

The defendants' motion for summary judgment regarding the above captioned claim is currently pending before the Court.    The defendants wish to inform the Court that the parties have reached a settlement in the above matter.    Upon receipt of the settlement paperwork from the plaintiff, a stipulation of dismissal will be submitted to the Court. Based upon the above, the defendants are respectfully requesting they be permitted to withdraw the motion for summary judgment without prejudice pending the receipt of a signed release from the plaintiff.

Respectfully submitted,

CHRISTINE MALAFI
SUFFOLK COUNTY ATTORNEY

_____

Brian C. Mitchell
Assistant County Attorney

BCM/mar

cc: Enrico Cascone, Plaintiff *Pro se*
    3 Flint Lane
    Coram, New York 11727